Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

_____ Division

MARIBEL BARRERA

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

CITY OF IRVING

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3-25CV3160-N
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

FILED-USDC-NDTX-DA
'25 NOV 18 PM2:01
km

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: MARIBEL BARRERA
   Street Address: 4317 LITTLEJON AVE
   City and County: FORTH WORTH
   State and Zip Code: TX 76105
   Telephone Number: 469-235 05-10
   E-mail Address: mbarreragaona69@gmz.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

Defendant No. 1

- Name
- Job or Title *(if known)*: CITY OF IRVING
- Street Address: 825 W IRVING BLVD
- City and County: IRVING
- State and Zip Code: TX 75060
- Telephone Number: 75060 (469-235 05-10
- E-mail Address *(if known)*: mbarrera4ona69@gmx.com

Defendant No. 2

- Name: ALVIN ROBINZON
- Job or Title *(if known)*: SUPERVIZOR
- Street Address: 825 W IRVING BLVD
- City and County: IRVING TX
- State and Zip Code: 75060
- Telephone Number: 972 9796917
- E-mail Address *(if known)*: alvinrobertson alvinroberson@cityofirving.org

Defendant No. 3

- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

Defendant No. 4

- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

Page 2 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

ALVIN ROVIN ES CULPABLE DE LAS LECIONES QUE TENGO

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* CITY OF IRVING, is a citizen of the State of *(name)* CITY OF IRVING.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* CITY OF IRVIN, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* MARIBEL BARRERA, is a citizen of the State of *(name)* MARIBEL BARRERA Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

      b.    If the defendant is a corporation

The defendant, *(name)* __CITY OF IRVING__, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* __CITY OF IRVING__.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

MI SITUACION ES DE CITUACION GRAVE SE ME ROMPIO UN MUSCULO DEL ABDOMEN. TENGO CIRROSIS, Y SEME ROMPIO UNA VENA QUE VA DIRECTO A LA HERNIA DEL OMBLIGO TENGO 5 HERNIAS EN EL ESTOMAGO, HERNIAS EN LA ESPALDA OMBROS MAL NESICITO CIRUJIA EN HOMBROS

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

EL 5-23-24 CARGUE UNA BOLSA MUY PESADA PAR. AVENTARLA AL CONTENEDOR POR LA PARTE DE ARRIVA DEL CONTENEDOR ME LASTIME EL ESTOMAGO, ESPALDA, HOMBROS, LE DIJE A MI JEFE TODO LO QUE ME DOLIA Y EL SOLO PUSO EL ESTOMAGO. NO ME QUISO DAR RES-TRINGCIONES Y ME LASTIME MAS ME DECIA SI NO ESTAS DE ACUERDO CON LAS POSICIONES QUE TE DOY POR LAS YAVES Y LA VUELTA EN LA MESA

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff    _____
Printed Name of Plaintiff _____

**B.    For Attorneys**

Date of signing: _____

Signature of Attorney    _____
Printed Name of Attorney _____
Bar Number               _____
Name of Law Firm         _____
Street Address           _____
State and Zip Code       _____
Telephone Number         _____
E-mail Address           _____

**TDI Division of Workers' Compensation**
PO Box 12050, Mail Code: HRG | Austin, TX 78711 | 800-252-7031 | tdi.texas.gov/wc

**Injured employee:** MARIBEL BARRERA
**DWC claim/docket #:** 24263527-01-A1
**Date of injury:** 05/23/2024
**Appeal #:** 251749
**Employer:** City Of Irving
**Insurance carrier:** City Of Irving
**Insurance carrier claim #:** IRVG  24000094
**Date:** 11/14/2025



MARIBEL BARRERA
4317 Littlejohn Ave
Fort Worth, TX  76105-4248

## Final administrative decision:

The Texas Department of Insurance, Division of Workers' Compensation (DWC) Appeals Panel reviewed this appeal and did not write a decision to reverse or affirm the administrative law judge's decision. This means that the administrative law judge's decision is now DWC's final decision in this case.

## You can appeal this decision.

If you disagree with this decision, you have the right to file a lawsuit. There are strict requirements and deadlines for filing a lawsuit, so you will want to act promptly.[1]

---

You may send a copy of your petition to DWC at:

Texas Department of Insurance, Division of Workers' Compensation
Chief Clerk of Proceedings, Hearings, Mail Code HRG
PO Box 12050
Austin, Texas 78711-2050

You may serve a copy of your petition on DWC at:

Texas Department of Insurance, Division of Workers' Compensation
1601 Congress Ave.
Austin, Texas 78701

---

[1] Texas Labor Code Chapter 410, Subchapter F and Subchapter G



**Empleado lesionado:** MARIBEL BARRERA
**Reclamación de DWC/No. de expediente:** 24263527-01-A1
**Fecha de la lesión:** 05/23/2024
**No. de apelación:** 251749
**Empleador:** City Of Irving
**Aseguradora:** City Of Irving
**No. de la aseguradora:** IRVG  24000094
**Fecha:** 11/14/2025

MARIBEL BARRERA
4317 Littlejohn Ave
Fort Worth, TX  76105-4248

## Decisión administrativa final:

El Panel de Apelaciones del Departamento de Seguros de Texas, División de Compensación para Trabajadores (Texas Department of Insurance, Division of Workers' Compensation -DWC, por su nombre y siglas en inglés) revisó esta apelación y no emitió una decisión para revocar o afirmar la decisión del juez de derecho administrativo. Esto significa que la decisión del juez de derecho administrativo es ahora la decisión final de DWC en este caso.

## Usted puede apelar esta decisión.

Si no está de acuerdo con esta decisión, usted tiene derecho a presentar una demanda. Existen fechas límite y requisitos estrictos para presentar una demanda, por lo tanto, usted debe de actuar rápidamente.[1]

> Usted puede enviar una copia de su petición a DWC a la siguiente dirección:
>
> Texas Department of Insurance, Division of Workers' Compensation
> Chief Clerk of Proceedings, Hearings, Mail Code HRG
> PO Box 12050
> Austin, Texas 78711-2050
>
> Usted puede hacer entrega de una copia de su petición en DWC en:
>
> Texas Department of Insurance, Division of Workers' Compensation
> 1601 Congress Ave.
> Austin, Texas 78701

---

[1] Capítulo 410 del Código Laboral de Texas, Subcapítulo F y Subcapítulo G

JS 44 (Rev. 04/21)(TXND 4/21)  **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
                                  
### DEFENDANTS

(b) County of Residence of First Listed Plaintiff: **MARIBEL BILARA**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **CITY OF IRVING**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

RECEIVED NOV 18 2025 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

Attorneys *(If Known)*

**3-25CV3160-N**

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [✓] 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / [✓] 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability |  | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument |  / [✓] 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 320 Assault, Libel & Slander |  | 830 Patent | 430 Banks and Banking |
| [✓] 151 Medicare Act | [✓] 330 Federal Employers' Liability |  | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 340 Marine / 368 Asbestos Personal Injury Product Liability |  | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 345 Marine Product Liability / PERSONAL PROPERTY | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 350 Motor Vehicle / 370 Other Fraud | 710 Fair Labor Standards Act |  | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 355 Motor Vehicle Product Liability / 371 Truth in Lending |  |  | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | [✓] 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 490 Cable/Sat TV |
| 196 Franchise | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 850 Securities/Commodities/ Exchange |
|  |  | 751 Family and Medical Leave Act | 862 Black Lung (923) |  |
|  |  |  | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | 790 Other Labor Litigation | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 440 Other Civil Rights / Habeas Corpus: | 791 Employee Retirement Income Security Act | 865 RSI (405(g)) | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee |  |  | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence |  | **FEDERAL TAX SUITS** | 896 Arbitration |
| 240 Torts to Land | 443 Housing/ Accommodations / 530 General |  | 870 Taxes (U.S. Plaintiff or Defendant) | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability |  / 535 Death Penalty | **IMMIGRATION** | [✓] 871 IRS—Third Party 26 USC 7609 |  |
| 290 All Other Real Property | 445 Amer. w/Disabilities - Employment / Other: | 462 Naturalization Application |  | 950 Constitutionality of State Statutes |
|  | 446 Amer. w/Disabilities - Other / 540 Mandamus & Other | 465 Other Immigration Actions |  |  |
|  |  / 550 Civil Rights |  |  |  |
|  | 448 Education / 555 Prison Condition |  |  |  |
|  |  / 560 Civil Detainee - Conditions of Confinement |  |  |  |

### V. ORIGIN *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

### VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [✓] Yes [ ] No

### VIII. RELATED CASE(S) IF ANY
*(See instructions)*

JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____