# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

FILED-USDC-NDTX-DA
'25 DEC 12 AM 11:52

MARIBEL BARRERA

Plaintiff

v.

**Case Number** 3-25CV3160 - N

CITY OF IRVING

Defendant   ALVIN ROVINZON

LE TRAJE UN CHIP DONDE ESTA LA
INFORMACION DE MI CASO
   DOCUMENTOJ Y O INVACION IMAGEN
PRIME Y DIAGNOSTI IMAGING O Y
DOCUMENTOS

* Attach additional pages as needed.

Date            12 - 12 - 25

Signature       MARIBEL BARRERA

Print Name      MARIBEL BARRERA

Address         4317 LITTLEJONH AV FORTH WORTH

City, State, Zip  FORTH WORT TX 76105

Telephone       469 - 2305 - 10



**PATIENT NAME:** Barrera, Maribel
**BIRTH DATE:** 2/26/1969
**MPI#:** ENV4239718
**DATE OF EXAM:** 8/12/2025

ENVISION **IMAGING**

**REFERRED BY:** Sarah Morey, FNP-C
2900 Acme Brick Plz
Fort Worth, TX 76109

**EXAM:** CT abdomen and pelvis without and with contrast

**HISTORY:** Hematuria

**TECHNIQUE:** Axial images were obtained through the abdomen and pelvis before and after the administration of intravenous contrast..

CT was performed using the ALARA (As Low As Reasonably Achievable) principle.

Contrast: 100mL of Omnipaque 350 administered.

**COMPARISON:** CT abdomen and pelvis dated July 8, 2024

**FINDINGS:** Visualized portions of the lung bases demonstrate no focal consolidation or pleural effusion.

The liver, spleen, pancreas, adrenal glands, and kidneys demonstrate no focal abnormality.

Note is made of a recanalized periumbilical vein and gastroesophageal varices.

No calcified gallstones are visualized.

The stomach is unremarkable. The small bowel is normal in caliber. The colon demonstrates no acute abnormality.

The ureters are normal in course and caliber.

The bladder is unremarkable.

The uterus and ovaries are within normal limits.

BARRERA, Maribel **DOB:** 02/26/1969 (56 yo F) **Acc No.** 204378 **DOS:** 08/11/2025



Texas Center for Urology

**Patient:** Barrera, Maribel
**DOB:** 02/26/1969 **Age:** 56 Y **Sex:** Female
**PCP:** JAY PATEL

**Provider:** SARAH KATHERINE MOREY, FNP-C
**Date:** 08/11/2025

---

### Reason for Appointment
1. Hematuria

### History of Present Illness
Hematuria:
    New Patient - SSO
    - Presented to HCFW ED 7/21/25 for hernias
    - Hematuria noted
    - Prescribed antibiotics (never received) and referred to urology, but never followed up
    - No imaging done for hematuria workup
    - Reports a pressure in her abdomen; confirmed multiple hernias
    - States that sometimes she sees blood in her urine, but not always
    - Patient is schedule for a consultation for surgery repair
    - Denies dysuria or urgency; reports frequency x 1 month
    - Denies vaginal bleeding or history of kidney stones
    - Currently taking anti-inflammatories for the hernia pain
    - No history of smoking.

### Current Medications
Taking
- Entecavir 0.5 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY Oral
- Lisinopril 40 MG Tablet 1 tablet Orally Once a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet at bedtime as needed Orally Once a day

Medication List reviewed and reconciled with the patient

### Allergies
    N.K.D.A.
    Allergies Verified.

### Vital Signs
    Ht: 61 in, Wt: **164.2** lbs, BMI: **31.02** Index, BP: **132/81** mm Hg, HR: **73** /min, Wt-kg: 74.48 kg, Ht-cm: 154.94 cm,
    Body Surface Area: 1.79.

### Assessments
1. Hematuria - R31.9 (Primary)
2. Urinary frequency - R35.0

### Treatment

---

**Provider:  SARAH KATHERINE MOREY, FNP-C**                    **Date: 08/11/2025**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*
**Generated for Printing/Faxing/eTransmitting on: 09/02/2025 10:32 AM CDT**

1/2

## Result History

Order Result History Report

# Results

CT ABDOMEN/PELVIS W IV CONTRAST (Acc#:R7440444) (Order 654067702)

## Staff Information

| Reading Physician | Signing Physician | Signed Date/Time |
|---|---|---|
| Kodali, Venkata Gopala Rao, MD<br>Alattar, Hamed, MD | Venkata Gopala Rao Kodali, MD | 09/12/2025 2:02 PM |

## Impression

IMPRESSION:
1. No acute abnormalities identified in the abdomen or pelvis.
2. Evidence of mild hepatic cirrhosis with upper abdominal collaterals.

RECOMMENDATIONS: No additional recommendations.

I personally reviewed the image(s) and the report above and concur.

Final Signed by Venkata Gopala Rao Kodali on 9/12/2025 2:02 PM

## Narrative

EXAM: CT ABDOMEN/PELVIS W IV CONTRAST

HISTORY: 56 years -old Female with hx of hernia with abdominal pain. Also with vaginal bleeding. Eval for intraabdominal pathology. Known history of cirrhosis.

TECHNIQUE: Contrast - IV contrast was given
Portal venous phase - abdomen and pelvis
Reconstructions - coronal and sagittal planes

COMPARISON: None

FINDINGS:
Statements: None.

Lower Chest: Unremarkable.

Hepatobiliary: Dysmorphic liver morphology with volume redistribution and questionable nodular contour. Portal and hepatic veins are patent. Recanalized umbilical vein. Gallbladder is unremarkable. No biliary dilation.

Pancreas: The pancreas is unremarkable.

Spleen: The spleen is unremarkable.

Adrenals: The adrenal glands are unremarkable.

Genitourinary: Subcentimeter renal hypoattenuating foci, too small to characterize, statistically benign. No hydronephrosis. The bladder is contracted. The uterus and adnexa are unremarkable.

Gastrointestinal: Normal bowel caliber. No perienteric inflammation. The appendix is normal.

Lymphatics: No enlarged or abnormal appearing lymph nodes.

Vascular: Aortic calcification: Present. Abdominal aorta is normal in caliber. Few small upper abdominal collaterals, including lower paraesophageal and perigastric.]

MSK/Body Wall: No concerning bony lesion identified. Bilateral fat-containing inguinal hernias. Mild degenerative changes of the spine.

Peritoneum/Other: No extraluminal gas. No extraluminal fluid.

## Technologist Questions and Answers

| | |
|---|---|
| Were the images for this accession number reconstructed from another accession number for the same DOS? | No |
| Was there an adverse reaction to contrast? | No |
| Was there an extravasation? | No |

## ⚡ CT ABDOMEN/PELVIS W IV CONTRAST: Patient Communication

☒ Not Released                                        ✕ Not seen

## PACS Images

(Link Unavailable) Show images for CT ABDOMEN/PELVIS W IV CONTRAST

## Result History

Order Result History Report

## Reason for Exam

hx of hernia with abdominal pain. also with vaginal bleeding. Eval for intrabdominal pathology
Dx: Generalized abdominal pain [R10.84 (ICD-10-CM)]

## Exam Information

| Patient Name | MRN# | Legal Sex | DOB |
|---|---|---|---|
| Barrera Gaona, Maribel | 73388209 | Female | 2/26/1969 |

## Imaging Contrast/Medications:

iohexoL (OMNIPAQUE) (OSM-LOW) injection DOSE: 115 mL
    Given: 95 mL intraVENOUS

## Protocol Summary

Protocolled on 9/12/2025 11:49 AM CDT by Ayala, Maria

| | |
|---|---|
| CT Abdomen Imaging Protocols | AP 1 |
| Creatinine with eGFR? Notify MD per policy | Cr w/ eGFR by policy |
| Radiologist Action | Protocoled |

## ⚕ Encounter

View Encounter

## Patient Images

(Link Unavailable) Show images for Barrera Gaona, Maribel

## iSite Legacy PACS Images

(Link Unavailable) Patient images

## Order Report

🗎 Order Details

## Orders Requiring a Screening Form

| Procedure | Order Status | Order ID | Accession Number | Form Status |
|---|---|---|---|---|
| CT ABDOMEN/PELVIS W IV CONTRAST | Completed | 654067702 | R7440444 | Completed |

## Result Report

There is an external results report available.

## Link to Procedure Log

There is no acute osseous abnormality.

**IMPRESSION:**

1. No renal or ureteral stone or hydronephrosis.

2. Recanalized periumbilical vein and gastroesophageal varices.

Tracy Bakshi, MD
This document was electronically signed by Tracy Bakshi, MD on 8/14/2025

**PATIENT NAME:** Barrera, Maribel
**BIRTH DATE:** 2/26/1969
**MPI#:** ENV4239718
**DATE OF EXAM:** 8/12/2025



There is no acute osseous abnormality.

**IMPRESSION:**

1. No renal or ureteral stone or hydronephrosis.

2. Recanalized periumbilical vein and gastroesophageal varices.

Tracy Bakshi, MD
This document was electronically signed by Tracy Bakshi, MD on 8/14/2025

ENVISION **IMAGING**

REFERRED BY: Sarah Morey, FNP-C
2900 Acme Brick Plz
Fort Worth, TX 76109

**EXAM:** CT abdomen and pelvis without and with contrast

**HISTORY:** Hematuria

**TECHNIQUE:** Axial images were obtained through the abdomen and pelvis before and after the administration of intravenous contrast..

CT was performed using the ALARA (As Low As Reasonably Achievable) principle.

Contrast: 100mL of Omnipaque 350 administered.

**COMPARISON:** CT abdomen and pelvis dated July 8, 2024

**FINDINGS:** Visualized portions of the lung bases demonstrate no focal consolidation or pleural effusion.

The liver, spleen, pancreas, adrenal glands, and kidneys demonstrate no focal abnormality.

Note is made of a recanalized periumbilical vein and gastroesophageal varices.

No calcified gallstones are visualized.

The stomach is unremarkable. The small bowel is normal in caliber. The colon demonstrates no acute abnormality.

The ureters are normal in course and caliber.

The bladder is unremarkable.

The uterus and ovaries are within normal limits.



Phone: (214) 341-8770
Fax: (214) 341-1603

| | | | |
|---|---|---|---|
| **Patient ID:** | PDI1735879000 | **Exam Date:** | 21-Mar-2025 5:04 PM |
| **Patient Name:** | Barrera, Maribel | **Accession #:** | 5917720 |
| **DOB:** | 26-Feb-1969 | **Referred By:** | James Arthur Mitchell |
| **Modality:** | MR,SC | **Location:** | SBM_6491 |

**MRI Lumbar Spine WO Contrast**

## LUMBAR SPINE MRI WITHOUT CONTRAST

CLINICAL INDICATION: Low back pain after injury.

TECHNIQUE: Multiplanar, multi-sequence noncontrast MRI images of the lumbar spine were obtained. Sagittal T2, sagittal T1, sagittal FLAIR, and axial T1/T2 sequences were performed.

FINDINGS:

VERTEBRAE/ALIGNMENT:
There is straightening of the lumbar spine compatible with lumbar spine pain and/or muscle spasms.
No evidence of compression fracture. There is a benign hemangioma within the L2 vertebral body. The vertebral body heights are preserved.
No epidural hematoma.

SPINAL CORD:
The conus medullaris terminates at the L2 level.
Cauda equina nerve roots are unremarkable.
No evidence of intramedullary or extramedullary mass lesions.

SOFT TISSUES:
Patchy high STIR signal is noted in the interspinous region at the L4-L5 and L5-S1 levels compatible with posterior interspinous ligament strain/sprain.

The paravertebral musculature is symmetric and otherwise unremarkable.

***Thank you for the opportunity to assist in your patient's care.***

This document contains health information. As the recipient you are required to maintain this information in a safe and secure manner.
This information is to remain confidential. Re-disclosure of this information is prohibited






Phone: (214) 341-8770
Fax: (214) 341-1603

| | | | |
|---|---|---|---|
| **Patient ID:** | PDI1735879000 | **Exam Date:** | 21-Mar-2025 5:04 PM |
| **Patient Name:** | Barrera, Maribel | **Accession #:** | 5917720 |
| **DOB:** | 26-Feb-1969 | **Referred By:** | James Arthur Mitchell |
| **Modality:** | MR,SC | **Location:** | SBM_6491 |

**MRI Lumbar Spine WO Contrast**

Findings at each disc level as follows:

T12-L1 there is a 1.5 mm posterior disc herniation. Central canal and bilateral neural foramina are patent. No evidence of exiting nerve root impingement.

L1-L2 there is a 0.9 mm posterior disc herniation. There is ligamentum flavum thickening. Central canal and bilateral neural foramina are patent. No evidence of exiting nerve root impingement.

L2-L3 there is a 0.9 mm posterior disc herniation. There is ligamentum flavum thickening. Central canal and bilateral neural foramina are patent. No evidence of exiting nerve root impingement.

L3-L4 there is a 1.7 mm posterior disc herniation. There is ligamentum flavum thickening and facet arthropathy. There is 25% neural foraminal stenosis bilaterally. The central canal is patent. There is a ventral annular tear at this level.

L4-L5 there is a 0.9 mm posterior disc herniation. There is ligamentum flavum thickening and facet arthropathy. Central canal and bilateral neural foramina are patent.

L5-S1 there is a 1.4 mm posterior disc herniation. There is ligamentum flavum thickening and facet arthropathy. There is 25% neural foraminal stenosis bilaterally. The central canal is patent.

IMPRESSION:

1. Patchy high STIR signal noted in the interspinous region at the L4-5 and L5-S1 levels, compatible with multifocal posterior interspinous ligament strain/sprain. This is a cause of acute localized and persistent low back pain.

*Thank you for the opportunity to assist in your patient's care.*

This document contains health information. As the recipient you are required to maintain this information in a safe and secure manner. This information is to remain confidential. Re-disclosure of this information is prohibited



Phone: (214) 341-8770
Fax: (214) 341-1603

**Patient ID:** PDI1735879000  
**Patient Name:** Barrera, Maribel  
**DOB:** 26-Feb-1969  
**Modality:** MR,SC  
**MRI Lumbar Spine WO Contrast**

**Exam Date:** 21-Mar-2025 5:04 PM  
**Accession #:** 5917720  
**Referred By:** James Arthur Mitchell  
**Location:** SBM_6491

2. At L3-L4, there is a 1.7 mm posterior disc herniation. There is ligamentum flavum thickening and facet arthropathy. There is 25% neural foraminal stenosis bilaterally. The central canal is patent. There is a ventral annular tear at this level.

3. At L5-S1, there is a 1.4 mm posterior disc herniation. There is ligamentum flavum thickening and facet arthropathy. There is 25% neural foraminal stenosis bilaterally. The central canal is patent.

4. Please see above for additional details on a level-by-level basis.

Michael Davis, M.D.

Board Certified by the ABR

Musculoskeletal Radiologist

Electronically Signed by: Michael Davis, MD, , on 23-Mar-2025 9:23 PM

**Thank you for the opportunity to assist in your patient's care.**

This document contains health information. As the recipient you are required to maintain this information in a safe and secure manner. This information is to remain confidential. Re-disclosure of this information is prohibited

**PATIENT NAME:** Barrera, Maribel
**BIRTH DATE:** 2/26/1969
**MPI#:** ENV4239718
**DATE OF EXAM:** 6/20/2025

◯ ENVISION **IMAGING**

**REFERRED BY:**   Terry Madsen, MD
2460 N Central Expy
Richardson, TX 75080

**EXAM:**  MRI ARTHROGRAM RIGHT SHOULDER

**HISTORY:** Initial imaging evaluation for right shoulder pain after lifting injury one year prior

**COMPARISON:**  None

**TECHNIQUE:**   Routine right shoulder MRI obtained on a high field strength magnet after the intra-articular administration of a diluted gadolinium contrast solution by Dr Bakshi.

**FINDINGS:** Adequate distention of the right glenohumeral joint with contrast.

Rotator Cuff Tendons: Slightly curved undersurface of the acromion process. There is very low grade undersurface scuffing of the mid to posterior supraspinatus tendon just proximal to the footplate. Involvement measures approximately 6 mm anterior posterior by 6 mm medial to lateral. Occupies approximately 10% of the tendon's depth. No high-grade supraspinatus or infraspinatus tendon tear. Mild peritendinitis overlying the supraspinatus and supraspinatus tendons.

The teres minor tendon is intact. The subscapularis tendon is intact.

Rotator Cuff Muscles: No rotator cuff muscle atrophy or edema is demonstrated.

Long Head Biceps Tendon: The long head biceps tendon is appropriately located within the intertubercular groove. Intra-articularly is intact.

*Labrum:* Suspect some fraying of the superior labrum, less conspicuous than the tearing seen contralaterally.

Glenohumeral Joint: No significant osteoarthritic changes are noted.

*Acromioclavicular joint:* Mild osteoarthritic changes of the acromioclavicular joint. Mild active edema within the distal acromion process.

**PATIENT NAME:** Barrera, Maribel



**BIRTH DATE:** 2/26/1969

**MPI#:** ENV4239718

**DATE OF EXAM:** 6/20/2025

**IMPRESSION:**

1. Very low grade undersurface scuffing of the mid to posterior supraspinatus tendon just proximal to the footplate.

2. However, no high-grade rotator cuff tear.

3. Suspect some fraying of the superior labrum, less conspicuous than the tearing seen contralaterally.

End of Report

Warren Martin, MD
This document was electronically signed by Warren Martin, MD on 6/23/2025



BARRERA, Maribel **DOB:** 02/26/1969 (56 yo F) **Acc No.** 204378 **DOS:** 08/25/2025



## Progress Notes

**Patient:** Barrera, Maribel                     **Provider:** SARAH KATHERINE MOREY, FNP-C
**DOB:** 02/26/1969 **Age:** 56 Y **Sex:** Female              **Date:** 08/25/2025
**PCP:** JAY PATEL

---

### Reason for Appointment
1. Ct scan rev 2 week fu

### History of Present Illness
Hematuria:
- Hx of intermittent gross hematuria
- Denies dysuria or urgency, frequency
- Denies vaginal bleeding or history of kidney stones
- Currently taking anti-inflammatories for pain related to a hernia
- No history of smoking
- PCR (8/11/25) Prevotella bivia; treated with 7 days of Augmentin
- Reports unable to have surgeries at this time d/t possible cirrhosis.

Diagnostic studies include
- Uro17 (8/11/25) Negative for high grade urothelial carcinoma
- CTAP w/wo (8/12/25) No renal or ureteral stone or hydronephrosis.

### Current Medications
Taking
- Entecavir 0.5 MG Tablet TAKE 1 TABLET BY MOUTH ONCE DAILY Oral
- Lisinopril 40 MG Tablet 1 tablet Orally Once a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet at bedtime as needed Orally Once a day
Medication List reviewed and reconciled with the patient

### Allergies
N.K.D.A.
Allergies Verified.

### Vital Signs
Ht: 61 in, Wt: **164.2** lbs, BMI: **31.02** Index, Wt-kg: 74.48 kg, Ht-cm: 154.94 cm, Body Surface Area: 1.79.

### Assessments
1. Hematuria - R31.9 (Primary)
2. Urinary frequency - R35.0

### Treatment

---

**Provider:  SARAH KATHERINE MOREY, FNP-C**                     **Date: 08/25/2025**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*
**Generated for Printing/Faxing/eTransmitting on: 09/02/2025 10:33 AM CDT**
1/3

| | | |
|---|---|---|
| CO2 | 26 | 09/12/2025 |
| ANIONGAP | 10 | 09/12/2025 |
| BUN | 10 | 09/12/2025 |
| CREAT | 0.80 | 09/12/2025 |
| EGFR | 86 | 09/12/2025 |
| BUNCRRATIO | 12.5 | 09/12/2025 |
| CA | 10.0 | 09/12/2025 |
| TP | 7.7 | 09/12/2025 |
| ALB | 4.6 | 09/12/2025 |
| ALP | 76 | 09/12/2025 |
| TBIL | 0.7 | 09/12/2025 |
| MG | 2.4 | 09/12/2025 |
| PHOS | 3.5 | 09/12/2025 |
| AST | 30 | 09/12/2025 |
| ALT | 40 (H) | 09/12/2025 |
| GLOBULIN | 3.1 | 09/12/2025 |
| ALBGLOBRTO | 1.5 | 09/12/2025 |

CBC:

**Lab Results**

| Component | Value | Date |
|---|---|---|
| WBC | 7.07 | 09/12/2025 |
| RBC | 4.93 | 09/12/2025 |
| HGB | 15.5 (H) | 09/12/2025 |
| HCT | 44.9 (H) | 09/12/2025 |
| MCV | 91.1 | 09/12/2025 |
| MCH | 31.4 | 09/12/2025 |
| MCHC | 34.5 | 09/12/2025 |
| PLT | 165 | 09/12/2025 |
| MPV | 11.9 (H) | 09/12/2025 |
| NRBC | 0.0 | 09/12/2025 |

No results found for: "INR"

**IMAGING:**

CT 9/12/25



**Impression**

IMPRESSION:

1.     No acute abnormalities identified in the abdomen or pelvis.
2.     Evidence of mild hepatic cirrhosis with upper abdominal collaterals.

RECOMMENDATIONS: No additional recommendations.

I personally reviewed the image(s) and the report above and concur.

Final Signed by Venkata Gopala Rao Kodali on 9/12/2025 2:02 PM

**Narrative**

EXAM: CT ABDOMEN/PELVIS W IV CONTRAST

HISTORY: 56 years -old Female with hx of hernia with abdominal pain. Also with vaginal bleeding. Eval for intraabdominal pathology. Known history of cirrhosis.

TECHNIQUE: Contrast - IV contrast was given
Portal venous phase - abdomen and pelvis
Reconstructions - coronal and sagittal planes

COMPARISON: None

FINDINGS:
Statements: None.

Lower Chest: Unremarkable.

Hepatobiliary: Dysmorphic liver morphology with volume redistribution and questionable nodular contour. Portal and hepatic veins are patent. Recanalized umbilical vein. Gallbladder is unremarkable. No biliary dilation.

Pancreas: The pancreas is unremarkable.

Spleen: The spleen is unremarkable.

Adrenals: The adrenal glands are unremarkable.

Genitourinary: Subcentimeter renal hypoattenuating foci, too small to characterize, statistically benign. No hydronephrosis. The bladder is contracted. The uterus and adnexa are unremarkable.

Gastrointestinal: Normal bowel caliber. No perienteric inflammation. The appendix is normal.

Lymphatics: No enlarged or abnormal appearing lymph nodes.

Vascular: Aortic calcification: Present. Abdominal aorta is normal in caliber. Few small upper abdominal collaterals, including lower paraesophageal and perigastric.]

MSK/Body Wall: No concerning bony lesion identified. Bilateral fat-containing inguinal hernias. Mild degenerative changes of the spine.

Peritoneum/Other: No extraluminal gas. No extraluminal fluid.

November 18, 2025,

**Via Certified Mail, RRR, 7017 3380 0000 6501 4090**
**First Class U.S. Mail, and via email: mbarreragaona69@gmail.com**

**Maribel Barrera**
4317 Littlejohn Ave
Fort Worth, TX 76105

**RE:**   **Return to Work**

Maribel Barrera:

*[handwritten: MI UCTIMO DIA NOVIEMBRE 20 - 2024]*

As you know, you have been absent since September 27, 2024, and exhausted all your approved paid leave, including sick, vacation, personal, and unscheduled holiday leave. You are not eligible for Family Medical Leave Act because you worked 37.75 hours in the last 12 months.

This letter serves you as your return-to-work order.  You are directed to return to work on November 25, 2025, at 1:00p.m. to City Hall, 825 W. Irving Blvd. Irving, TX 75060.

Failure to return to work at the above mentioned time **will result in dismissal from employment** with the City of Irving effective on that date.

Please contact me at (972) 721-2102 should you have any questions regarding this correspondence. Otherwise, I expect you to report to work at 1:00p.m. on November 25, 2025, as directed.


_____                    _____
Alvin Robertson,                                          Date
Custodial Supervisor



C:   Valeria Gutierrez, Employee Relations and Compliance Administrator

# Final Report

**Name:** *MARIBEL BARRERA*
**DoB:** Feb 26, 1969 00:00:00
**Referred by: SYLVIA FLORES**

**ID:** 6225-3LEV
**Order#:**
**Description:** BILATERAL LEV

**Sex:** F
**Completed:** Jun 02, 2025 12:34:45

**Report Date:** Jun 30, 2025 19:15
**Approval Date:** Jun 30, 2025 21:02

## OBSERVATION

**LEV**

CLINICAL HISTORY: TO RULE QUT DVT

TECHNIQUE: Grayscale ultrasound, with and without compression, and color Doppler spectral waveform analysis were performed of the deep veins of the bilateral lower extremities from the level of the common femoral veins to the level of the popliteal veins. The posterior tibial and peroneal veins were also scanned.

COMPARISON: None.

FINDINGS:

Bilateral common femoral veins, superficial and femoral veins and popliteal veins are compressible and opacify at color Doppler evaluation with no evidence of deep vein thrombosis. There is no evidence of DVT in the visualized portions of the posterior tibial and peroneal veins.

IMPRESSION:
1. Negative for deep vein thrombosis.

Electronically signed by:

*Dr. Philip M. McDonald MD.*

_____

Philip McDonald MD
Jun 30, 2025 21:02

**Maribel Barrera Gaona**
DOB: 02/26/1969 56 year old, female
4317 LITTLE JOHN AVE
Fort Worth, TX 76105
No home phone on file

**Visit Date: 10/02/2025**

David L. Gould, M.D. FACS
Eleanor Herpeche, APRN, FNP-C

---

**Patient Race:** No race saved for patient
**Preferred Language:** Spanish

**Current Allergies:**
NKDA

**Current Medications:**
lisinopril, 40 mg, QD
entecavir, 0.5 mg, QD
lidocaine, 4 %

**Vitals:**
Height: 61 in.
Weight: 158 lbs.
Previous Weight: 160 lbs.
BMI: 29.9
Temperature: 97.5
Pulse: 66
BP 1: 126 / 86
  Sitting

**Family History**

**Social History**
  Single

**Smoking Status**
Smoking Status: Never Smoker

**Alcohol Use:** None

**Drug Use:** None

**Problem List:**

| Code | Description Onset Status Status Date |
|------|-------------------------------------|
| R31.0 | GROSS HEMATURIA 09/16/2025 Chronic 09/16/2025 |

**Chief Complaint:**
F/u prior to sx .

URINALYSIS: Not done

**History of Present Illness:**
A 56-year-old female with history of hematuria presented for follow-up before scheduled cystoscopy with possible biopsy, holmium laser treatment, and stent placement. She reported feeling something "falling out" of her vagina when she is sitting. Medical history included hepatitis B with cirrhosis

**Medical History:**
gross hematuria, cirrhosis of liver, hernia's, bleeding tendencies , hepatitis b,

**Surgical History:**
1990- c- section

**Review of Systems:**

**Physical Exam**
Chaperone: Isela
Afebrile vital signs stable
HEENT exam normocephalic atraumatic eyes follow
Chest clear
Abdomen soft
genitourinary no visible prolapse noted
Extremities moving all extremities
Neuro nonfocal

**Assessment / Diagnosis**
Microscopic hematuria

**Visit Summary / Care Plan**
I have reviewed both subjective and objective data with the patient and all questions have been answered. Patient has a history of hematuria requiring urological evaluation. She is scheduled for cystoscopy with possible biopsy, holmium laser treatment, and stent placement to further evaluate and potentially treat the underlying cause of her hematuria.

Plan:
- Proceed with scheduled urology procedure including cystoscopy, possible biopsy, possible holmium laser treatment, and possible stent placement

**MEDICAL CITY LAS COLINAS**      Name: BARRERA GAONA,MARIBEL
**6800 N MACARTHUR**          Attending Dr: Wilemon,Courtney B  MD
**IRVING, TX 75039**          DOB: 02/26/1969  Age: 55      Sex: F
                         Acct: AF0106178709 Loc: AF,ER
**Phone #: 972-969-2000**      Exam Date: 12/19/2024 Status: REG ER
    **Fax #:**            Radiology No:
                  Unit No: AF00352721

pt copy

**Exams:**          **REASON FOR EXAM:**
001163808 CT ABD & PELVIS W/CONT

ORDERING PHYSICIAN: Courtney B Wilemon, MD

CLINICAL HISTORY:
Abdominal pain

COMPARISON:
CT abdomen and pelvis obtained 11/2/2024

TECHNIQUE: CT abdomen and pelvis with intravenous contrast. Coronal
and sagittal reformatted imaging. CT was performed according to ALARA
(as low as reasonably achievable).

FINDINGS:

Images are motion degraded. The visualized lung bases are free of
focal consolidation.

Right lobe of the liver measures 15 cm. Gallbladder is mildly
distended. Spleen measures 11 cm. No large adrenal gland nodule. No
evidence of pancreatic ductal dilation. Stomach contains oral
contrast.

Kidneys are symmetric in size and enhancement without obstructive
uropathy. Urinary bladder is moderately distended. Uterus and adnexa
remain present. There are small bilateral fat-containing inguinal
hernias.

The abdominal aorta is nonaneurysmal. The visualized lymph nodes do
not meeting criteria for pathologic enlargement. Oral contrast is seen
throughout the small bowel without distention. The appendix is seen in
the right lower quadrant without evidence of adjacent stranding or
inflammation. Stool is noted the proximal colon. Distal colon is
decompressed. No evidence of pneumoperitoneum.

Tiny fat-containing umbilical hernia. There is recanalization
umbilical vein. There is mild straightening of lumbar lordosis without
vertebral body height loss or prevertebral hematoma formation.

PAGE 1      Signed Report Printed From PCI      (Continued)

pt Copy

ICAL CITY LAS COLINAS    Name: BARRERA GAONA,MARIBEL
N MACARTHUR         Attending Dr: Wilemon,Courtney B  MD
NG, TX 75039              DOB: 02/26/1969  Age: 55   Sex: F
                    Acct: AF0106178709 Loc: AF.ER
one #: 972-969-2000        Exam Date: 12/19/2024 Status: REG ER
                    Radiology No:
Fax #:                  Unit No: AF00352721

REASON FOR EXAM:
ams:
1163808 CT ABD & PELVIS W/CONT
<Continued>

Technical quality: diagnostic.

IMPRESSION:

Mild gallbladder distention. Dedicated gallbladder ultrasound available for further evaluation as indicated.

Wall prominence in the region of the sigmoid colon may be due to under distention versus mild colitis. No abscess or perforation.

Additional findings as above.

RL: 2102

AFC: 99053

End of report

Electronically signed by Lori Sedrak, DO at 12/19/2024 4:34 AM

** Electronically Signed by  LORI A DO SEDRAK on 12/19/2024 at 0434 **
Reported and Signed by: SEDRAK, LORI A DO

CC: Maxine Estrada NP; Courtney B Wilemon MD

Dictated Date/Time: 12/19/2024 (0434)
Technologist: PHILIP OSBORN; RASHON HINES
Transcribed Date/Time: 12/19/2024 (0434)
Transcriptionist: QPHY.LAS
Electronic Signature Date/Time: 12/19/2024 (0434)
Printed Date/Time: 12/19/2024 (0506)   Batch No: N/A

PAGE 2      Signed Report Printed From PCI



# Compensación de Trabajadores - Cuestionario de Análisis de Empleo

| | |
|---|---|
| Nombre del paciente | MANUEL BORREAL |
| Fecha de la lesión | 5-23-24 |
| Empleador | CITY HALL |
| Cargo | LIMPIEZA |
| Estado del trabajo | No funciona   Derecho modificado   Deber completo |
| Mecanismo de lesión | CARGUE UNA BOLSA DE BASURA Y LA PUENTE PARA QUE CAIGA ARIBA DE LA FUENTE TAPA DEL CONTENEDOR SE BESE LA TAPA PARA PUE LA PUENTE FUENTE DE AHÍ EMPEZO EL DOLOR |

¿Cuánto necesitas levantar y llevar para tu trabajo? Coloque una 'X' en los cuadros de abajo para el peso más adecuado. Déjelo en blanco si no es aplicable a su trabajo.

| Entrega de materiales | < 10 lbs. sedentario | 11-20 lbs. luz | 21-50 libras. Medio | 51-100 libras. pesado | >100 libras. Muy pesado |
|---|---|---|---|---|---|
| Levantamiento - Piso a cintura | ✓ | | ~~✗~~ | | |
| Levantamiento - Cintura a Hombro | ✓ | | ~~✗~~ | | |
| Levantamiento - Cintura a arriba | ✓ | | | | |
| Llevar | ✓ | | | | |

¿Qué actividades se requieren para su trabajo? En base a un día laborable medio, coloque una 'X' en la casilla más adecuada. Déjelo en blanco si no es aplicable a su trabajo.

| Actividades esenciales | Nunca 0% o 0 hrs/día | Rara vez 1-5% o 0.5 hrs/día | Ocasional 6-33% o 0.5-2.5 hrs/día | Frecuente 34-66% o 2.5-5.5 hrs/día | Constante 67-100% o >5.5 hrs/día |
|---|---|---|---|---|---|
| Sentada | | | | ✓ | |
| En pie | | | | ✓ | |
| Andante | | | | ✓ | |
| Flexión/Inclinación | ✓ | | | | |
| Ponerse en cuclillas/agazaparse | ✓ | | | | |
| Empujar/tirar | ✓ | ✓ | | | |
| Arrodillado | | | | | |
| Arrastrándose | ✓ | | | | |
| Subir escaleras | ✓ | | | | |
| Escaleras de escalada | ✓ | | | | |
| Llegar hacia adelante | | | | ✓ | |

## figura 2: Intestinos que sobresalen a través de una hernia



En algunos casos, una porción del intestino puede sobresalir a través de una hernia. A menudo, los cirujanos pueden volver a introducirla, pero si queda atrapada o no recibe suficiente sangre, a veces es necesario quitarla y reconectar los dos extremos de intestino que quedan.

Gráfico 76003 Versión 3.0

## Exención de responsabilidad y uso de la información del consumidor

Descargo de responsabilidad: esta información generalizada es un resumen limitado de información sobre el diagnóstico, el tratamiento y/o los medicamentos. No pretende ser exhaustiva y se debe utilizar como herramienta para ayudar al usuario a comprender y/o evaluar las posibles opciones de diagnóstico y tratamiento. No incluye toda la información sobre afecciones, tratamientos, medicamentos, efectos secundarios o riesgos puedan ser aplicables a un



Las hernias de la pared abdominal pueden presentarse en distintas partes del torso:

- Las hernias por incisión se presentan a lo largo de las incisiones quirúrgicas.
- Las hernias umbilicales se presentan en el ombligo.
- Las hernias epigástricas se presentan en la línea media por encima del ombligo.
- Las hernias de Spiegel se presentan a la izquierda o la derecha de la línea media, donde se unen dos capas de músculo.
- Las hernias lumbares (que no se muestran en la imagen) se presentan en la espalda.
- Las hernias inguinales se presentan en la zona de la ingle.
- Las hernias femorales se presentan en la unión del muslo con el torso.

**Maribel Barrera Gaona**
DOB: 02/26/1969 56 year old, female
4317 LITTLE JOHN AVE
Fort Worth, TX 76105
No home phone on file

**Visit Date: 10/02/2025**

**David L. Gould, M.D. FACS**
**Eleanor Herpeche, APRN, FNP-C**

---

**Patient Race:** Declined to Specify
**Preferred Language:** Spanish

**Current Allergies:**
NKDA

**Current Medications:**
lisinopril, 40 mg, QD
entecavir, 0.5 mg, QD
lidocaine, 4 %

**Vitals:**
Height: 61 in.
Weight: 158 lbs.
Previous Weight: 160 lbs.
BMI: 29.9
Temperature: 97.5
Pulse: 66
BP 1: 126 / 86
  Sitting

**Family History**

**Social History**
  Single

**Smoking Status**
Smoking Status: Never Smoker

**Alcohol Use:** None

**Drug Use:** None

**Problem List:**
Code       Description
           Onset
           Status
           Status Date
R31.0      GROSS HEMATURIA
           09/16/2025
           Chronic
           09/16/2025

**Chief Complaint:**
F/u prior to sx .

URINALYSIS: Not done

**History of Present Illness:**
A 56-year-old female with history of hematuria presented for follow-up before scheduled cystoscopy with possible biopsy, holmium laser treatment, and stent placement. She reported feeling something "falling out" of her vagina when she is sitting. Medical history included hepatitis B with cirrhosis

**Medical History:**
gross hematuria, cirrhosis of liver, hernia's, bleeding tendencies , hepatitis b,

**Surgical History:**
1990- c- section

**Review of Systems:**
Pertinent positive responses below. All other areas negative.
EYES: blurred or double vision.
ENT: bad breath or bad taste.
CARDIOVASCULAR: palpitations.
GASTROINTESTINAL: abdominal pain or heartburn, acute infections, bleeding tendency, hemorrhoid, recent change in bowel habits.
GENITOURINARY: blood in urine.
MUSCULOSKELETAL: joint pain, joint stiffness or swelling, muscle pain or cramps, weakness of muscles or joints.
SKIN: change in hair or nails, varicose veins.
NEUROLOGICAL: tremors.
PSYCHIATRIC: insomnia.
LYMPHATIC: anemia.

**Physical Exam**
Chaperone: Isela
Afebrile vital signs stable
HEENT exam normocephalic atraumatic eyes follow
Chest clear
Abdomen soft
genitourinary no visible prolapse noted
Extremities moving all extremities
Neuro nonfocal

**Assessment / Diagnosis**
Microscopic hematuria

BARRERA, Maribel **DOB:** 02/26/1969 (56 yo F) **Acc No.** 13906 **DOS:** 06/02/2025



**BARRERA, Maribel**
56 Y old Female, DOB: 02/26/1969
Account Number: 13906
4317 LITTLEJOHN AVE, FORT WORTH, TX-76105-4248
Home: 469-235-0510
Guarantor: Barrera, Maribel   Insurance: BCBS OF TX Payer
ID: 00021
Appointment Facility: Irving

06/02/2025              Sylvia Flores-Bugarin, DC, NP

## Current Medications

**Taking**
- Lisinopril 40 MG Tablet 1 tablet Oral Once a day
- hydroCHLOROthiazide 25 MG Tablet 1 tablet in the morning Orally Once a day , stop date 02/05/2026

**Not-Taking**
- Entecavir 0.5 MG Tablet Oral
- Pantoprazole Sodium 40 MG Tablet Delayed Release Oral
- Cyanocobalamin 1000 MCG/ML Solution 1 mL Injection once a week

## Past Medical History
- Hypertension.
- Cirrhosis.
- Thrombocytopenia.
- Hypertension.
- Anxiety.
- Depression.
- HERNIA (3).

## Surgical History
- c section (3)
- colonoscopy 04/23

## Family History
- Father: deceased
- Mother: deceased, diagnosed with Essential hypertension

  Father passed following severe stomach ulcer.

## Social History

Doesn't Smoke
Doesn't Drinks Alcohol
Eats Healthy
Doesn't Exercises Regularly

Colonoscopy 2023, polyps were removed.

## Review of Systems

## Reason for Appointment
1. Abdominal Pain
2. Multiple Hernias
3. Low Platelet Count

## History of Present Illness
Constitutional:
    The patient is a 56-year-old female who returns to the clinic for medication refills. She experiences reports of severe pain due to her hernias which have limited her ability to move. The patient has a small hernia in the right lower quadrant but reports of pain in her upper and lower abdomen. The patient explains her abdominal pain becomes intense after just slight straining as well as after prolonged walking. She has seen a specialist for her hernias but is currently experiencing delays with approval from her workers' compensation insurance. The patient states she is in constant discomfort and is unable to perform her usual activities. She also reports of hemorrhoids and frequent constipation that is not controlled with OTC medication.

After reviewing today's subjective and objective findings; we will be:
- Refill Rx: Lisinopril 40mg
- Refill Rx: HCTZ 25mg to take in the morning
- Rx: Linzess
- Abdominal/LE ultrasounds preformed 6/2/25
- Refer out to gastroenterologist for a surgical consult to repair multiple abdominal hernia as well as repair of Diastasis recti
- Referral to hematology - evaluate low platelet count.

## Vital Signs
BP: **133/80** mm Hg, HR: **73** /min, RR: **16** /min, Temp: **97.9** F, Wt: **167** lbs, Wt-kg: 75.75 kg, Ht: 59 in, Ht-cm: 149.86 cm, BMI: **33.73** Index, Body Surface Area: 1.77.

## Examination
General Examination:
    General appearance: alert and oriented x 3, in no acute distress, well developed, well nourished .
    Head: normocephalic, atraumatic.

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)
Generated for Printing/Faxing/eTransmitting on: 06/04/2025 10:.

*ME RECHAZO VALERIA ESTA HOJA*
*¡TENIA QUE SER EN LA DE ELLOS*

**DWC073**

Employee - You are required to report your injury to your employer within 30 days if your employer has workers' compensation insurance. You have the right to free assistance from the Texas Department of Insurance, Division of Workers' Compensation (DWC) and may be entitled to certain medical and income benefits. For further information call DWC at 800-252-7031.

Empleado - Es requerido que usted reporte su lesión a su empleador dentro de 30 días si es que su empleador cuenta con un seguro de compensación para trabajadores. Usted tiene derecho a recibir asistencia gratuita por parte del Departamento de Seguros de Texas, División de Compensación para Trabajadores (DWC), y es posible que tenga derecho a recibir ciertos beneficios médicos y de ingresos. Para obtener más información llame a DWC al 800-252-7031.

# Texas Workers' Compensation Work Status Report

## I. GENERAL INFORMATION

Date Sent (for transmission purposes only): 10/28/25

**1. Injured Employee's Name**
Maribel Barrera

**5a. Doctor's/Delegating Doctor's Name and Degree**
Jim Mitchell, D.C.

**5b. PA / APRN Name** (if completing form)

**2. Date of Injury**
5/23/2024

**3. Social Security Number** (last four) XXX-XX- 2238

**6. Facility Name**
Peak Integrated Healthcare

**9. Employer's Name**
CITY OF IRVING

**4. Employee's Description of Injury/Accident**
She reports on the date of injury she was going to throw a heavy trash bag (approximately 50 lbs) full of folders and papers and had the bag over her shoulder and when she went to throw it into the trash bin she swung it to the right and ended up injuring her back, shoulders, and abdomen

**7. Facility/Doctor Phone and Fax Numbers**
817-727-4690 / 682-647-1140

**10. Employer's Fax Number or Email Address** (if known) N/A

**8. Facility/Doctor Address** (Street, City, State, ZIP Code)
5601 Bridge St., Ste 100

Fort Worth        TX      76112

**11. Insurance Carrier**
CLAIMS ADMINISTRATIVE SERVICES / MLF

**12. Carrier's Fax Number or Email Address** (if known)
903-509-1888 / 888-479-3438

## II. WORK STATUS INFORMATION (Fully complete one box including estimated dates, and a description in 13c, if applicable)

**13. The injured employee's medical condition resulting from the workers' compensation injury:**

[ ] a) will allow the employee **to return to work** as of ____/____/_____ without **restrictions**; OR

[x] b) will allow the employee **to return to work** going to as of 10/28/25 with **the restrictions identified in PART III**, which are expected to last through

11/25/25; OR

[ ] c) has prevented and still prevents the employee **from returning to work** as of ____/____/_____ and is expected to continue through ____/____/_____.
The following describes how this injury **prevents the employee from returning to work:**

## III. ACTIVITY RESTRICTIONS (Only complete if box 13b is checked)

**14. Posture Restrictions (if any):**

| Max hours per day | 0 | 2 | 4 | 6 | 8 | Other: |
|---|---|---|---|---|---|---|
| Standing | | [x] | | | | |
| Sitting | | | | | | |
| Kneeling/squatting | [x] | | | | | |
| Bending/stooping | | [x] | | | | |
| Pushing/pulling | | | | | | |
| Twisting | | | | | | |
| Other: | | | | | | |

**15. Restrictions Specific To (if applicable):**
[ ] Left hand/wrist    [ ] Left leg
[ ] Right hand/wrist   [ ] Right leg
[ ] Left arm           [ ] Back
[ ] Right arm          [ ] Left foot/ankle
[ ] Neck               [ ] Right foot/ankle
Other: Abdomen

**16. Other Restrictions (if any)**

**17. Motion Restrictions (if any):**

| Max hours per day | 0 | 2 | 4 | 6 | 8 | Other: |
|---|---|---|---|---|---|---|
| Walking | | | | | | |
| Climbing stairs/ladders | | [x] | | | | No ladder climbing |
| Grasping/squeezing | | | | | | |
| Wrist flexion/extension | | | | | | |
| Reaching | | | | | | |
| Overhead reaching | | [x] | | | | |
| Keyboarding | | | | | | |
| Other: | | | | | | |

**18. Lift/Carry Restrictions (if any):**
[x] May not lift/carry objects more than 10 lbs. for more than 2 hours per day.
[ ] May not perform any lifting/carrying.
Other:

**19. Misc. Restrictions (if any):**
Max hours per day of work: ____
[x] Sit/stretch breaks of As Needed per _____
[ ] Must wear splint/cast at work
[ ] Must use crutches at all times
[ ] No driving/operating heavy equipment
[ ] Can only drive automatic transmission
[ ] No skin contact with: ____
[ ] No running
[ ] Dressing changes necessary at work

[ ] No work / _____ hours/day work:
   [ ] in extreme hot/cold environments
   [ ] at heights or on scaffolding
[ ] Must keep _____
   [ ] elevated   [ ] clean & dry

**20. Medication Restrictions (if any):**
[ ] Must take prescription medication(s)
[ ] Advised to take over-the-counter meds
[ ] Medication may make drowsy (possible safety/injury issues)

## IV. TREATMENT/FOLLOW-UP APPOINTMENT INFORMATION

**21. Work Injury Diagnosis Information:**
S39011D

**22. Expected Follow-up Services Include:**
[x] Evaluation by the treating doctor on 11/25/25 at 10:00 a.m./p.m.
[ ] Referral to/consult with _____ on ____/____/____ at ____:____ a.m./p.m.
[ ] Physical medicine ____ X per week for ____ weeks starting on ____/____/____ at ____:____ a.m./p.m.
[ ] Special studies (list): _____ on ____/____/____ at ____:____ a.m./p.m.
[ ] None. This is the last scheduled visit for this problem. At this time, no further medical care is anticipated.

**Date /Time of Visit:** 10/28/25
**Discharge Time:**

**Employee's Signature** MARIBEL BARRERA

Health Care Practitioner's Signature / License # Jim Mitchell, D.C. 8314 TX

**Visit Type:**
[ ] Initial
[x] Follow-up

**Role of Health Care Practitioner:**
[x] Treating doctor    [ ] Consulting doctor    [ ] Designated doctor
[ ] Referral doctor    [ ] PA                   [ ] Other doctor
[ ] RME doctor         [ ] APRN

18 de Noviembre del 2025,

**Via Certified Mail, RRR, 7017 3380 0000 6501 4090**
**First Class U.S. Mail, y via email: mbarreragaona69@gmail.com**

**Maribel Barrera**
4317 Littlejohn Ave
Fort Worth, TX 76105

**RE:     Solicitud de regreso al trabajo**

Maribel Barrera:

Como usted sabe, ha estado ausente desde el 27 de septiembre de 2024 y ha agotado todos sus días de ausencia aprobados, incluyendo días por enfermedad, vacaciones, personales y días festivos no programados. No tiene derecho a Family Medical Leave Act (FMLA) porque trabajó 37.75 horas en los últimos 12 meses.

Esta carta sirve como orden de reincorporación laboral. Debe presentarse a trabajar el 25 de noviembre de 2025 a la 1:00 p.m. en el Ayuntamiento, ubicado en 825 W. Irving Blvd., Irving, TX 75060.

Si no se presenta a trabajar en la fecha y hora indicadas, **será despedido** del Ayuntamiento de Irving a partir de ese día.

Si tiene alguna pregunta sobre esta correspondencia, comuníquese conmigo al (972) 721-2102. De lo contrario, espero que se presente a trabajar a la 1:00 p. m. del 25 de noviembre de 2025, según lo indicado.

_Alvin Robertson_     _11-18-25_

Alvin Robertson,                          Fecha
Custodial Supervisor


C:   Valeria Gutierrez, Employee Relations and Compliance Administrator